# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NDUBUISI IBETTO, § | |
| CHRISTY IBETTO § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-14-3047 |
| § | |
| JPMORGAN CHASE BANK, N.A., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on December 11, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge